**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JENNIFER SADLER,

                    Plaintiff,

v.                                                    Case No. 3:12-cv-734-J-34MCR

SMA BEHAVIORAL HEALTH SERVICES,
INC., d/b/a Stewart Marchman Act
Behavioral Healthcare and PUTNAM
COUNTY ALCOHOL AND DRUG
COUNCIL, INC., a Florida Non Profit
Corporation d/b/a Putnam-St. Johns
Behavioral Healthcare,

                    Defendants.
_____

**O R D E R**

    **THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report

and Recommendation (Dkt. No. 18; Report), entered on January 18, 2013, recommending

that the Joint Motion for Approval of Settlement and Motion to Dismiss With Prejudice (Dkt.

No. 11; Motion) be granted, that the Settlement Agreement (Dkt. No. 17A) be approved, and

that this case be dismissed with prejudice. See Report at 2. Neither party has filed

objections to the Report, and the time for doing so has now passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendants pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime.  See Amended Complaint (Dkt. No. 4).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Motion (Dkt. No. 11).  Upon review of the record, including the Report, Motion, and Settlement Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claims.  Accordingly, the Court will accept and adopt Judge Richardson's Report.

In light of the foregoing, it is hereby **ORDERED:**

1.    Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 18) is **ADOPTED** as the opinion of the Court.

2.    The Joint Motion for Approval of Settlement and Motion to Dismiss With Prejudice (Dkt. No. 11) is **GRANTED**.

3.    For purposes of satisfying the FLSA, the Settlement Agreement is **APPROVED**.

4.    This case is **DISMISSED WITH PREJUDICE**.

5.    The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 11th day of February, 2013.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Hon. Monte C. Richardson

Counsel of Record